|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE PLUMMER,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND; BILL LINDSAY; LISA STEPHENSON, KATY CURL; AND LESLIE KNIGHT in their official and individual capacities, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.    C 14-03962 NC<br>Judge:      Hon. Vince Chhabria<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM DECEMBER 9, 2014 TO JANUARY 20, 2015** <span style="color:red">AS MODIFIED</span><br><br>Current Hearing Date:<br>Date:     December 9, 2014<br>Time:    10:00 a.m.<br>Dept.:    4-17th Fl.<br><br>Continued Hearing Date:<br>Date:     January 20, 2015<br>Time:    10:00 a.m.<br>Dept.:    4-17th Fl.<br><br>Complaint Filed:  September 2, 2014<br>Trial Date:        None |

    The Parties having stipulated to continue the Case Management Conference from December 9, 2014 to January 20, 2015, the Court orders as follows:

---

[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1. The Case Management Conference is hereby continued and rescheduled to January 20, 2015 at 10:00 a.m. in Department 4-17.

Dated: December 8, 2014  _____

Honorable Vince Chhabria

The parties are informed the Local Rules require them to establish good cause to continue any matter. Although the court is granting this request for continuance it will deny all future requests where good cause is not shown. The attorneys are urged to familiarizes themselves with the rules for practicing law in the Northern District of California.

- 2 -
[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE