UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STACIE PLUMMER,

    Plaintiff,

    v.

CITY OF RICHMOND, et al.,

    Defendants.

Case No. 14-cv-03962-VC

**ORDER RE DISCOVERY DISPUTE**

Re: Dkt. No. 64

    The plaintiff is not required to submit to an independent medical examination.

    The plaintiff is not required to disclose her medical records. However, if she declines to disclose her medical records, she will be precluded from offering any testimony, evidence or argument about her mental condition that could plausibly be refuted or confirmed by medical records.

    **IT IS SO ORDERED.**

Dated: April 30, 2015

_____

VINCE CHHABRIA
United States District Judge