UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STACIE PLUMMER,

        Plaintiff,

    v.

CITY OF RICHMOND, et al.,

        Defendants.

Case No.  14-cv-03962-VC

**ORDER RE DISCOVERY MOTION**

Re: Dkt. No. 72

Plummer's motion for disclosure of documents relating to independent investigations commissioned by the City of Richmond is denied, except possibly with respect to the investigation of Sue Ann Van Dermyden.  Because the City issued a fairly detailed press release about the results of Van Dermyden's investigation, the Court would like further briefing and argument on whether the City waived the applicable privileges with respect to this investigation (at least to the extent that the City should be required to disclose the report and related documents under the terms of a protective order).  Plummer should file a supplemental brief no longer than five pages (double-spaced) solely on this question by June 29, 2015 at 1:00 p.m.  The defendants should file a supplemental response brief, subject to the same page limit, by July 6, 2015 at 1:00 p.m.  A hearing will take place on July 9, 2015 at 10:00 a.m.

At this hearing, the parties should also be prepared to discuss the other discovery motion (Doc. No. 71) if they have not resolved their dispute by that time.

      **IT IS SO ORDERED.**

Dated: June 22, 2015

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California