Arthur A. Hartinger (SBN: 121521)
*ahartinger@meyersnave.com*
Geoffrey Spellberg (SBN: 121079)
*gspellberg@meyersnave.com*
Spencer J. Wilson (SBN: 266938)
*swilson@meyersnave.com*
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Bruce Reed Goodmiller (SBN: 121491)
City Attorney
*bruce_goodmiller@ci.richmond.ca.us*
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, California 94804
Telephone: (510) 620-6509
Facsimile: (510) 620-6518

Attorneys for Defendants CITY OF RICHMOND, BILL LINDSAY, LISA STEPHENSON and KATY CURL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACIE PLUMMER, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF RICHMOND, BILL LINDSAY, LISA STEPHENSON, KATY CURL and LESLIE KNIGHT in their official individual capacities and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 3:14-CV-03962-VC <br><br> **[~~PROPOSED~~] ORDER REGARDING CONTINUANCE OF TRIAL, DISCOVERY, AND MEDIATION DATES** <br><br> Current Trial Date:  March 21, 2016 <br> Proposed Trial Date:  July 25, 2016 |

WHEREAS the parties have filed a stipulation agreeing to continue the trial date, currently scheduled for March 21, 2016 to July 25, 2016;

WHEREAS the parties have further stipulated to continue the discovery and mediation dates in this case to dates consistent with the new trial date;

WHEREAS the parties have jointly requested this continuance to accommodate a lengthy

1 absence of one of Defendant City of Richmond's trial counsel;

2     NOW THEREFORE, the Court finds good cause exists to grant the requested continuance

3 and orders as follows:

4     The trial shall be continued and scheduled to begin July 25, 2016;

5     The percipient discovery cutoff and expert disclosure deadline shall be February 1, 2016;

6     The expert discovery cutoff shall be extended to March 7, 2016;

7     The new deadline for filing dispositive motions shall be April 1, 2016;

8     The deadline to complete mediation shall be extended to October 30, 2015.

9     PURSUANT TO STIPULATION, IT IS SO ORDERED.

10 DATED: __July 13__, 2015

11                         VINCE CHHABRIA
                            District Judge of the United States District Court,

12                         Northern District of California

16 2464813.1

**[PROPOSED] ORDER REGARDING CONTINUANCE OF
TRIAL, DISCOVERY, AND MEDIATION DATES**