Arthur A. Hartinger (SBN: 121521)
*ahartinger@meyersnave.com*
Geoffrey Spellberg (SBN: 121079)
*gspellberg@meyersnave.com*
Spencer J. Wilson (SBN: 266938)
*swilson@meyersnave.com*
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Bruce Reed Goodmiller (SBN: 121491)
City Attorney
*bruce_goodmiller@ci.richmond.ca.us*
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, California 94804
Telephone: (510) 620-6509
Facsimile: (510) 620-6518

Attorneys for Defendants CITY OF RICHMOND, BILL LINDSAY, LISA STEPHENSON and KATY CURL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACIE PLUMMER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, BILL LINDSAY, LISA STEPHENSON, KATY CURL and LESLIE KNIGHT in their official individual capacities and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-CV-03962-VC<br><br>[~~PROPOSED~~] ORDER REGARDING CONTINUANCE OF TRIAL, DISCOVERY, AND MEDIATION DATES<br>AS MODIFIED<br>Current Trial Date:   March 21, 2016<br>Proposed Trial Date:  July 25, 2016 |

WHEREAS the parties have filed a stipulation agreeing to continue the trial date, currently scheduled for March 21, 2016 to July 25, 2016;

WHEREAS the parties have further stipulated to continue the discovery and mediation dates in this case to dates consistent with the new trial date;

WHEREAS the parties have jointly requested this continuance to accommodate a lengthy

1  absence of one of Defendant City of Richmond's trial counsel;

2      NOW THEREFORE, the Court finds good cause exists to grant the requested continuance

3  and orders as follows:

4      The trial shall be continued and scheduled to begin July 25, 2016;

5      The percipient discovery cutoff and expert disclosure deadline shall be February 1, 2016;

6      The expert discovery cutoff shall be extended to March 7, 2016;

7      The new deadline for filing dispositive motions shall be April 1, 2016;

8      The deadline to complete mediation shall be extended to October 30, 2015.

9      PURSUANT TO STIPULATION, IT IS SO ORDERED.

10 DATED: __July 14__, 2015

11     VINCE CHHABRIA
       District Judge of the United States District Court,
12     Northern District of California

13 The pretrial conference is July 11, 2016 and jury selection is July 20, 2016.

16 2464813.1

4   3:14-CV-03962-VC

**[PROPOSED] ORDER REGARDING CONTINUANCE OF
TRIAL, DISCOVERY, AND MEDIATION DATES**