UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE PLUMMER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, et al.,<br><br>    Defendants. | Case No. 14-cv-03962-VC<br><br>**ORDER**<br><br>Re: Dkt. No. 71 |

In light of the declaration filed by the City of Richmond (Docket No. 91), the motion by Mr. Herrera (Docket No. 71) is denied as moot.

**IT IS SO ORDERED.**

Dated: July 24, 2015

_____
VINCE CHHABRIA
United States District Judge