1  Arthur A. Hartinger (SBN: 121521)
   *ahartinger@meyersnave.com*
2  Geoffrey Spellberg (SBN: 121079)
   *gspellberg@meyersnave.com*
3  Spencer J. Wilson (SBN: 266938)
   *swilson@meyersnave.com*
4  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
5  Oakland, California 94607
   Telephone: (510) 808-2000
6  Facsimile: (510) 444-1108

7  Bruce Reed Goodmiller (SBN: 121491)
   City Attorney
8  *bruce_goodmiller@ci.richmond.ca.us*
   CITY OF RICHMOND
9  450 Civic Center Plaza
   Richmond, California 94804
10 Telephone: (510) 620-6509
11 Facsimile: (510) 620-6518

12 Attorneys for Defendants CITY OF
   RICHMOND, BILL LINDSAY, LISA
13 STEPHENSON and KATY CURL

14 **UNITED STATES DISTRICT COURT**

15 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16 STACIE PLUMMER, | Case No. 3:14-CV-03962-VC |
| 17     Plaintiff, | **[PROPOSED] ORDER REGARDING CONTINUANCE OF DEADLINE FOR SUBMITTING INVESTIGATORY REPORTS** |
| 18     v. | |
| 19 CITY OF RICHMOND, BILL LINDSAY, LISA STEPHENSON, KATY CURL and | |
| 20 LESLIE KNIGHT in their official individual capacities and DOES 1 through 10, inclusive, | Trial Date:   July 25, 2016 |
| 21 | |
| 22     Defendants. | |

23

24     WHEREAS the Court has ordered that the three investigatory reports prepared by Sue Ann

25 Van Dermyden be resubmitted with proposed redaction no later than Friday, August 7, 2015 (ECF

26 No. 93);

27     WHEREAS Defendant City of Richmond desires to confer with Geoffrey Spellberg, the

28 attorney most familiar with the Van Dermyden investigations, regarding the redactions;

1  WHEREAS Mr. Spellberg is currently out of the country, returning on August 13, 2015;

2  WHEREAS Plaintiff's counsel has agreed to a brief extension of time through August 19
3  for Defendant to submit the redacted investigatory reports;

4  NOW THEREFORE pursuant to Local Rule 7-1 the parties stipulate to continue the
5  deadline for submitting the redacted Van Dermyden investigatory reports through August 19,
6  2015.

7  PURSUANT TO STIPULATION IT IS SO ORDERED.

9  DATED: August 5 , 2015

VINCE CHHABRIA
District Judge of the United States District Court,
Northern District of California

2502265.1