UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STACIE PLUMMER,

    Plaintiff,

    v.

CITY OF RICHMOND, et al.,

    Defendants.

Case No.  14-cv-03962-VC

**ORDER RE INVESTIGATIVE REPORTS**

Pursuant to the court's order on August 4, 2015, the City of Richmond resubmitted copies of three reports prepared by Sue Ann Van Dermyden with revised proposed redactions for in camera inspection.  The revised proposed redactions are reasonable and limited to information that would reveal the identities of witnesses who spoke with the investigator.

The City is directed to produce the three reports, having been redacted as proposed, to Plummer by August 25, 2015.

**IT IS SO ORDERED.**

Dated: August 20, 2015

VINCE CHHABRIA
United States District Judge