ARTHUR HARTINGER (SBN 121521)
ahartinger@publiclawgroup.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@publiclawgroup.com
KEVIN MCLAUGHLIN (SBN 251477)
kmclaughlin@publiclawgroup.com
RENNE SLOAN HOLTZMAN SAKAI LLP
1220 7th Street, Suite 300
Berkeley, California 94710
Telephone: (510) 995-5800
Facsimile: (415) 678-3838

Bruce Reed Goodmiller (SBN: 121491)
City Attorney
*bruce_goodmiller@ci.richmond.ca.us*
CITY OF RICHMOND
450 Civic Center Plaza
Richmond, California 94804
Telephone: (510) 620-6509
Facsimile:  (510) 620-6518

Attorneys for Defendants
CITY OF RICHMOND, BILL LINDSAY, LISA STEPHENSON and KATY CURL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACIE PLUMMER,<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF RICHMOND, BILL LINDSAY, LISA STEPHENSON, KATY CURL and LESLIE KNIGHT in their official individual capacities and DOES 1 through 10, inclusive,<br><br>　　　Defendants. | Case No. 3:14-CV-03962-VC<br><br>**JOINT STIPULATION REGARDING CONTINUANCE OF MEDIATION**<br> AS MODIFIED<br>Trial Date: July 25, 2016 |

　　　WHEREAS mediation in the above-captioned matter is currently scheduled to be completed by October 30, 2015 and the parties had scheduled an October 6, 2015 mediation date;

　　　WHEREAS one of the named defendants has experienced a death in the family and as a result is now unavailable for that scheduled October 6, 2015 date;

-1-
JOINT STIPULATION REGARDING CONTINUANCE OF MEDIATION - Case No. 3:14-CV-03962-VC

WHEREAS the parties have met and conferred with the mediator and all parties and the mediator are available for mediation on November 17, 2015;

NOW THEREFORE the parties stipulate to continue the mediation date to November 17, 2015 and request that the Court extend the mediation cut off until November 30, 2015 to assure that the mediation is timely completed.

IT IS SO STIPULATED.

DATED:  September 30, 2015			RENNE SLOAN HOLTZMAN SAKAI LLP

By: _____*/s/ Geoffrey Spellberg*_____
Attorneys for Defendants
CITY OF RICHMOND, BILL LINDSAY, LISA STEPHENSON and KATY CURL

DATED:  September 30, 2015			SIEGEL & YEE

By: _____*/s/ Sonya Z. Mehta*_____
Sonya Z. Mehta
Attorneys for Plaintiff STACIE PLUMMER

DATED:  September 30, 2015			ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____*/s/ Emilia Huntley*_____
Emilia Huntley
Attorneys for Defendant LESLIE KNIGHT

## ORDER

For good cause shown, the Court adopts this stipulation as the Order of the Court. The mediation completion date is extended to November 30, 2015.

IT IS SO ORDERED

Date: September 30, 2015

_____
Hon. Vince Chhabria
U.S. District Court Judge